1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22-cr-1422-BTM |

11

Plaintiff,

**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE**

12

v.

13

URIEL RODOLFO VELARDE-MARTINEZ,

14

15

Defendant

16

17

18

Upon the motion of the Government, and good cause appearing therefrom,

19

IT IS HEREBY ORDERED that the Information against URIEL RODOLFO

20

VELARDE-MARTINEZ in this case is dismissed without prejudice.

21

SO ORDERED.

22

23

DATED: July 28, 2022

24

25

HONORABLE BARRY T. MOSKOWITZ
UNITED STATES DISTRICT JUDGE

26

27

28